FILED
2008 AUG -4 PM 2: 16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAI HO,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>A. P. KANE,<br><br>　　　　　　Respondent. | Civil No.　08cv1089 J (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a document entitled "Petition for Writ of Habeas Corpus 28 U.S.C. § 2254." However, Petitioner does not include any information concerning his conviction or claims. Instead, Petitioner states that he previously filed a petition for habeas corpus on April 2, 2007, Civil Case Number 07cv0596 IEG (AJB). That petition was dismissed without prejudice on May 3, 2007. Petitioner was advised in that dismissal order that if he wished to proceed with his case he would have to, no later than June 25, 2007, file a First Amended Petition, curing the pleading deficiencies which included failure to name a proper respondent and failure to allege exhaustion as to all claims raised in the petition. (Case No. 07cv0596, Order, May 3, 2007 (doc. no. 3).) Petitioner did not respond to the May 3, 2007 Order. On June 16, 2008, Petitioner filed the instant document explaining that he has now exhausted all of his state judicial remedies and asks this Court to either reinstate his April 2, 2007 petition or permit him to file a new petition.

The Court shall not reopen Petitioner's case in 07cv0596. It has been more than a year since that Petition was dismissed without prejudice. Petitioner failed to timely respond the Court's May 3, 2007 dismissal order. Further, because Petitioner has not filed a Petition for writ of habeas corpus in this action, he has not initiated habeas proceedings in this Court. *See Calderon (Nicolaus) v. United States District Court*, 98 F.3d 1102, 1107 n. 3 (9th Cir. 1996); *McFarland v. Scott*, 512 U.S. 849 (1994). Therefore, Petitioner's case is dismissed without prejudice to filing a Petition for habeas corpus which includes his grounds for relief and facts supporting those grounds. Any such Petition shall filed under a new civil case number.[1] *For Petitioner's convenience, the Clerk of Court shall attach a blank Petition form to this Order.* The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 8-1-08

HON. NAPOLEON A. JONES, JR.
United States District Judge

---

[1] The Court notes it appears that Petitioner has previously challenged his October 2, 1998 San Diego Superior Court conviction in case number SCD136741 under 28 U.S.C. § 2254 in this Court, civil case number 02-0274 W (AJB). The petition was denied on the merits on September 24, 2003 (doc. no. 22). Petitioner's request for certificate of appealability was denied (doc. no. 26) and his appeal terminated. If Petitioner is seeking to again challenge this same conviction he is cautioned that, unless a petitioner shows he obtained an order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A).